IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| *In re:* | * | |
| | * | **BANRKUPTCY NO. 10-37405** |
| **SABRINA HICKS** | * | |
| | * | |
| Debtor | * | **CHAPTER 13** |

**MOTION FOR APPROVAL OF CREDIT AUTHORIZATION
FOR THE PURCHASE OF A MOTOR VEHICLE**

COME NOW the above-named debtor, by and through her attorney of record, and respectfully moves the Court pursuant to Section 363 of Title 11 of the United States Code, Rule 9013 of the Rules of Bankruptcy Procedure, and Rule 9013-1 of the Local Bankruptcy Rules to approve a new credit authorization and in support hereof alleges and says that:

1. This case was commenced by the filing of a petition with the Clerk of this court on December 3, 2010.

2. The 341(a) meeting of creditors was held in Greenbelt, Maryland on January 6, 2011.

3. The Chapter 13 plan was confirmed on June 7, 2011.

4. The debtor is leasing her current vehicle and the term is ending in a few months.

5. The debtor has been in initial discussions with her current lender to convert her lease into a purchase but the lender will not continue without approval from this Court.

6. The debtor believes that she can afford her new car payments without modifying her Chapter 13 plan as she estimates it will be substantially similar to the expense that is already on her existing Schedule J.

7. The debtor is therefore moving the court for approval of the credit authorization identified in paragraph five.

8. In the alternative, in the event the debtor is not able to secure financing on the specific vehicle identified in this motion or financing from the specific lender identified herein then the debtor is

requesting the court to approve this motion for new credit for any vehicle financed by any party on the same general terms and conditions as provided for herein.

9. The debtor is informed and believes and therefore alleges that she will be able to continue to make her plan payments after this motion has been approved by the court.

WHEREFORE, the debtor respectfully prays of the Court as follows:

A. That the debtor's motion for approval of the new credit authorization be granted as provided for in the body of this motion;

B. That the debtor has such other and further relief as to the Court may deem necessary and proper.

          /s/ **Christina E. Shin**
          Christina E. Shin, Bar No. 28766
          ROWE BARNETT & SOHN, PLLC
          5906 Hubbard Dr.
          Rockville, MD 20852
          TEL: 301-770-4710 / FAX: 301-770-3253
          interoffice@rowepllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Borrow was served via the Court's ECF system on this 18th day of September, 2012 on the Chapter 13 Trustee and all other interested parties.

          /s/ **Robinson S. Rowe**